Appeal No. 10 15-00701-CV RL
Appeal No. 01-15-00207-CV
Appeal No. 01-15-00208-CV

To: The FIRST COURT OF Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A. PRINE
CLERK

From: Rita Lemons

Re: The Non receipt of Ammended Brief
and Request For Defendents to forward its
submission to
Date November 06, 2015       Plaintiff

Please file this Notice under
Appeal No. 1500207 and 1500208

Comes Now Rita Lemons asserting
the Defendants have not forwarded
me their filed Amended Brief
or The Request For Clerks Record
& the record.

Rita Lemons also assert she
has forwarded the Motions &
Pleadings she has filed w/th the
First Court of Appeals on
October 23, 2015, And will forward
this Notice and request for Defendats
filings to the courts to be forward
to Rita Lemons pursuant the law.
Specifically 21 (a).

pg 1 of 2

## Prayer

Rita Lemons request the Appeals Court to Order the Plaintiff Joe Lee, Ruthie Lee, & Joyce Hickman Lee and all parties who have acted in concert to injure Rita Lemons & her family to adhere too the rules of Appellate proceedure.

## CERTIFICATE OF SERVICE

Rita Lemons swear under penalty of perjury that a true Copy of the Notice has been forwarded to Mr. Joe Payhee and wife Certified Return Receipt and the Defendant Joyce Hickman her and Transplant Associates at Baylor Health Care Systems, P.A. via fascimile & or email.

Respectfully Submitted,

Rita Lemons

16215 Diamond Ridge Dr.
Houston, TX. 77053
jireh.Consult@yahoo.com
(832) 207-3407